**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

—————————————————

CORESLAB STRUCTURES (TULSA),
INC.,

     Petitioner/ Cross Respondent,

v.

NATIONAL LABOR RELATIONS
BOARD,

     Respondent/ Cross Petitioner.

------------------------------

INTERNATIONAL UNION OF
OPERATING ENGINEERS, LOCAL 627,
AFL-CIO,

     Intervenor.

Nos. 23-9502 & 23-9505
(NLRB No. 14-CA-248354)
(National Labor Relations Board)

—————————————————

**JUDGMENT**
—————————————————

Before **HARTZ**, **TYMKOVICH**, and **ROSSMAN**, Circuit Judges.
—————————————————

These petitions for review originated from the National Labor Relations Board and

were argued by counsel.

It is the judgment of this Court that the rules and regulations of the National Labor Relations Board are granted in part and denied in part. These cases are remanded for further proceedings in accordance with the opinion of this Court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk